**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6148**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

HAKEEM RASHED WHITE,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:08-cr-00363-FL-2; 5:12-cv-00449-FL)

———————

Submitted:  March 12, 2015          Decided:  March 16, 2015

———————

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Hakeem Rashed White, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hakeem Rashed White appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we deny White's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. White, Nos. 5:08-cr-00363-FL-2; 5:12-cv-00449-FL (E.D.N.C. Jan. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED